# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL                          NO.  2019 CW 1188
GEORGE F. ABRAMS (D)

SEP 1 1 2019

In Re:     Thomas Abrams, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 665084.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**REQUEST FOR STAY DENIED.** Relator, Thomas Abrams, failed to
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
4 in that Abrams did not first present his request for a stay of
proceedings to the trial court. **WRIT NOT CONSIDERED.** Relator
failed to comply with Uniform Rules of Louisiana Courts of
Appeal, Rules 4-5(A); 4-5(B); 4-5(C)(1), (2), (8), (10), (11)
and (12) in that relator's writ application does not contain an
affidavit verifying the allegations of the application; does not
have the pages of the application and attached documents and
exhibits consecutively numbered; does not contain an index of
all items contained in the writ application; does not contain a
concise statement of the grounds on which the jurisdiction of
the court is invoked; does not contain a copy of any pleadings;
does not contain a copy of pertinent court minutes; does not
contain the notice of intent and signed return date order; and
does not contain a separate page entitled "REQUEST FOR EXPEDITED
CONSIDERATION" as required by Rule 4-4(B) and a corresponding
affidavit as required by Rule 4-4(C).

     Supplementation of this writ application and/or an
application for rehearing will not be considered. Rules 2-18.7
and 4-9, Uniform Rules of Louisiana Courts of Appeal.

     Any future filing on the issues presented in this writ
application should include the entire contents of this
application, the omitted items noted above, and a copy of this
ruling.  Further, in the event relator elects to file a new
application with this Court, the application shall be filed on
or before October 11, 2019.

                         **VGW**
                         **JMG**
                         **WJC**


COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
      FOR THE COURT